# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES et al., | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| *Ex rel.* | : | |
| PHILIP HUNTER | : | |
| *Plaintiff-Relator,* | : | |
| v. | : | No.   15-2134 |
| FILLMORE CAPITAL PARTNERS, LLC, *et al.*, | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW,** this **11th day of March 2024**, upon consideration of Defendants' Motion to Dismiss (ECF No. 68), Relator's Opposition to the Motion to Dismiss (ECF No. 70), Defendants' Reply (ECF No. 71), and the parties' representations at the hearing held before this Court on February 8, 2024 (ECF Nos. 73, 74), it is hereby **ORDERED** that the Motion (ECF No. 68) is **GRANTED IN FULL**, and Relator's Amended Complaint (ECF No. 53) is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**